Filing # 65930500 E-Filed 12/29/2017 01:20:14 PM

IN THE CIRCUIT COURT IN AND FOR ORANGE COUNTY, FLORIDA

ANDREA GOBOURNE,

              Plaintiff,

vs.

AMERICAN SECURITY INSURANCE
COMPANY,

              Defendant.

CASE NO.

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff, ANDREA GOBOURNE (hereafter called "Plaintiff") by and through the undersigned attorneys, and hereby sues Defendant, AMERICAN SECURITY INSURANCE COMPANY (hereafter "Defendant") and alleges:

1.      This is an action for damages in excess of $15,000.00.

2.      At all times material hereto, Plaintiff was and is a resident of the county of this court and otherwise *sui juris*.

3.      At all times material hereto, Defendant was and is an insurance corporation doing and/or transacting business in the county of this court.

4.      At all times material hereto, Defendant was and is authorized by the Florida Department of Financial Services to issue property insurance policies in Florida.

5.      At all times material hereto, in consideration of premiums paid by Plaintiff, there was in full force and effect certain insurance policy being Policy number MLR862066200 (hereafter called the "Policy"). Plaintiff does not have a true and complete copy of the Policy, but Defendant has a true and correct copy of the Policy. Plaintiff reserves the right to supplement this complaint by attaching a copy of the Policy after same is provided by Defendant in response to discovery requests.

6.    Under the terms of the Policy, Defendant insured Plaintiff against certain losses to Plaintiff's homestead property located at 5027 Indialantic Drive Orlando, Florida 32808 (hereafter called the "property").

7.    On or about September 10, 2017, while the Policy was in full force and effect, Plaintiff suffered a covered loss; to wit: Hurricane Irma causing damage to the property (hereafter the "loss").

8.    Defendant assigned claim number 00102280607 to the loss.

9.    Defendant acknowledged coverage for the actual cash value and replacement cost value of the loss in amounts unilaterally determined by Defendant to be the total amount of the actual cash value and replacement cost loss.

10.    Plaintiff notified Defendant that she was in disagreement as to Defendant's unilateral determination as to the total amount of the actual cash value and replacement cost loss.

11.    Defendant has failed and/or refused to pay the full amount of insurance proceeds due Plaintiff as a result of the loss.

12.    Defendant has breached the insurance policy contract by refusing to pay the full amount of insurance proceeds due Plaintiff as a result of the loss notwithstanding having acknowledged coverage for the loss.

13.    All conditions precedent to the filing of this action have been met or have been waived.

14.    Plaintiff has been obligated to engage the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorney's fee thereby pursuant to §627.428, Fla. Stat. and/or §626.9373, Fla. Stat.

---

WHEREFORE Plaintiff sues Defendant for damages in excess of $15,000.00, plus statutory interest pursuant to §627.70131(5)(a), Fla. Stat., court costs and reasonable attorney's fees pursuant to Fla. Stat., §627.428 and/or §626.9373, Fla. Stat.

**PLAINTIFF DEMANDS A TRIAL BY JURY OF ALL ISSUES TRIABLE AS A MATTER OF RIGHT BY A JURY.**

Respectfully submitted,

**LOUIS LAW GROUP, LLC**
7951 Riviera Boulevard, Suite 103
Miramar, Florida 33023
Tel.: (954) 676-4179
Fax: (844) 272-7163
E-Service Email: service@louislawgroup.com
Non-Service Email: pierre@louislawgroup.com
Secondary Email: rwashburn@louislawgroup.com

By: /s/ Ricco C. Washburn
      PIERRE A. LOUIS, ESQ.
      Florida Bar No.: 106481
      RICCO C. WASHBURN, ESQ.
      Florida Bar No.: 1001007