UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREA GOBOURNE,

    Plaintiff,

v.                                  CASE NO. 6:18-cv-176-Orl-41GKJ

AMERICAN SECURITY INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, American Security Insurance Company, notifies the Court that this case has been settled and the parties are in the process of preparing the settlement documents. A Stipulation of Dismissal with Prejudice will be filed with the Court.

Dated: February 13, 2018        EDISON, MCDOWELL & HETHERINGTON LLP
                                            Attorneys for Defendant
                                            2101 N.W. Corporate Blvd., Suite 316
                                            Boca Raton, FL  33431
                                            (561) 994-4311
                                            (561) 982-8985 fax

                                            By:    s/Stuart L. Rimland
                                                       STUART L. RIMLAND
                                                       Fla. Bar No. 0119794
                                                       Primary email: stuart.rimland@emhllp.com
                                                       Secondary email: lisa.nurse@emhllp.com
                                                       Secondary email: pfjlaw2101@aol.com

                                                       Bradley J. Aiken, Esq.*
                                                       EDISON, MCDOWELL & HETHERINGTON LLP
                                                       1001 Fannin Street, Suite 2700
                                                       Houston, TX 77002
                                                       (713) 333-5888 (Telephone)
                                                       (713) 333-5981 (Facsimile)
                                           *Pending Admission to the Middle District of Florida
                                             *Counsel for American Security Insurance Company*

## **CERTIFICATE OF SERVICE**

      I certify that on February 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on February 13, 2018 I served a copy of this document by First Class U.S. Mail on the following:

                Ricco C. Washburn, Esq.
                Pierre A. Louis, Esq.
                Louis Law Group, LLC
                7951 Riviera Boulevard, Suite 103
                Suite 103
                Miramar, FL 33023
                service@louislawgroup.com
                rwashburn@louislawgroup.com

                s/Stuart L. Rimland
                Stuart L. Rimland